ADELBERT V. KOENIG, Respondent, *v.* UNITED LIFE INSUR-
ANCE ASSOCIATION, Appellant.

*Koenig* v. *United Life Ins. Assn.*, 12 App. Div. 454, appeal dismissed.
(Argued March 1, 1897; decided March 9, 1897.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judicial
department, entered January 5, 1897, which affirmed a judg-
ment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the Appellate
Division had unanimously decided that the verdict of the jury
was supported by the evidence, and that no questions of law
were raised by defendant's exceptions.

*Louis J. Vorhaus* for motion.

*Edmund T. Oldham* opposed.

Motion granted, with costs.

---

In the Matter of the Application of One of the Two Trustees
of THE PEEKAMOSE FISHING CLUB, a Corporation, etc., for
Its Dissolution ; John Q. A. WARD, Petitioner, Respondent ;
EDWARD N. WHITON and ANTHONY W. DIMOCK, Appellants.

(Submitted March 1, 1897 ; decided March 9, 1897.)

MOTION for reargument denied, with costs. (See 151 N.
Y. 511.)